Action by Daniel Guerin against Mary Guerin and others. A. D. Arnold, for appellants. C. R. Paris (D. J. Sullivan, of counsel), for respondent.

PER CURIAM. Under section 1579 of the Code of Civil Procedure, the court may, in its discretion, relieve either party from the payment of costs, and award them against such parties to the action as to it seems proper. In this case it seems to us that it is a proper case to relieve the widow from paying any part of the costs, and that the amount paid to her in lieu of dower should be without deducting therefrom any portion of the costs of the action from the gross proceeds of the sale, except the expense of sale, amounting to $48.37.

———

HALPRIN, Appellant, v. SCHACHNE et al., Respondents. (City Court of New York, General Term. December 7, 1898.) Action by Abraham Halprin against Louis Schachne and another. Manheim & Manheim, for appellant. H. J. Hindes, for respondents.

SCHUCHMAN, J. The appellant's position in this case was heretofore considered by the general term of this court, and an opinion rendered thereon. See 21 Misc. Rep. 519, 47 N. Y. Supp. 711. Nothing is to be added thereto. Judgment appealed from affirmed, with costs. All concur.

———

HAMILTON, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Annie Hamilton against John Hamilton. W. Arrowsmith, for appellant. T. J. O'Neill, for respondent. No opinion. Order modified by reducing alimony to seven dollars a week, and, as modified, affirmed, without costs.

———

HARDING, Respondent, v. JENKINS et al., Appellants. (City Court of New York, General Term. December 7, 1898.) Actions by Edward Harding against Thomas J. Jenkins and another. N. Thompson, for appellants. Roger Foster, for respondent.

SCHUCHMAN, J. The causes of action in the four suits and the defenses therein are identical, and the proofs were almost identical. All four suits are brought on four promissory notes respectively given in the same transaction. It is true, on the trial of actions Nos. 2, 3, and 4 some additional proofs were submitted, viz. the written satisfaction piece of said trust mortgage, executed by William Kerby and other creditors; and Kerby himself was called as a witness by defendants, and his testimony taken, but not a single new material fact was developed, which actuates a change in the determination arrived at in action No. 1. 54 N. Y. Supp. 1090. Said judgments and order denying motion for a new trial are affirmed, with costs, pursuant to stipulation. All concur.

———

HARDT et al. v. DEUTSCH et al. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Englebert Hardt and others against Simon L. Deutsch and others. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 335.

HAROLD, Appellant, v. ABBEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Michael Harold against Emery C. Abbey, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

———

HARR, Respondent, v. MOONEY, Appellant. (City Court of New York, General Term. November 18, 1898.) Action by Henry M. Harr against Christopher Mooney. Argued before FITZSIMONS, C. J., and CONLAN and O'DWYER, JJ. Thomas J. O'Neil and Thomas J. Purdy, for appellant. Forster, Hotaling & Klenke, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

———

HARRISON v. PLATT et al. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Edwin O. Harrison against Mary W. Platt and others. No opinion. Motion granted, with $10 costs.

———

HAUSCHELD v. HAUSCHELD. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Mary E. Hauscheld against George W. Hauscheld. No opinion. Motion denied. See 53 N. Y. Supp. 831.

———

HAVANA BRIDGE WORKS, Respondent, v. ELMIRA MACHINE & FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by Havana Bridge Works against Elmira Machine & Foundry Company. No opinion. Judgment affirmed, with costs. All concur, except PUTNAM and HERRICK, JJ., dissenting.

———

HAWKINS, Respondent, v. PELHAM ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by John P. Hawkins against Pelham Electric Light & Power Company. No opinion. Order affirmed on argument, on opinion in Zeimer v. Rafferty, 18 App. Div. 397, 46 N. Y. Supp. 345.

———

HEIMERDINGER, Respondent, v. LEHIGH VAL. R. CO., Appellant. (City Court of New York, General Term. December 7, 1898.) Action by Joseph Heimerdinger against the Lehigh Valley Railroad Company. James J. Macklin and Le Roy S. Gove, for appellant. David M. Newberger, for respondent.

OLCOTT, J. This action was brought to recover upon an order for advertising. The plaintiff got up a book, "Department of Docks Review," and defendant was solicited to advertise in it. Defendant claimed that the order for the advertisement was obtained by false representations of the solicitor to the effect that he (the solicitor) was in the employ of the dock board, that the book was being prepared by the dock department, and that the president of that department had sent him (the said solicitor) to the defendant, to get the defendant's advertisement; that, on learning that these representations were false, the defendant declined to furnish the material for an advertisement, and canceled the